# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

**DATE:** 2/13/2023  **DAY:** Monday  **START TIME:** 8:45 a.m.  **TOTAL HOURS:** 6' 33"

**JUDGE/MAG.:** James D. Peterson  **CLERK:** acd / jef  **REPORTER:** PH

**PROBATION OFFICER:** ___  **INTERPRETER:** ___  **SWORN:** YES ☐  NO ☐

**CASE NUMBER:** 19-cv-804-jdp  **CASE NAME:** LaBrec, Matthew v. Syed, Salam et al

**APPEARANCES:**

PLAINTIFF(S): Attorney Megan C. Mirka; Attorney Ohioma Ovbiagele; Matthew La Brec

DEFENDANT(S): Attorney Kevin Grzebielski; Attorney Kathryn Pfefferle; Salam Syed, Trisha Anderson

**PROCEEDINGS:** Final pretrial conference, jury selection and trial. Trial will resume tomorrow.

### PLAINTIFF(S) WITNESS
1. Matthew La Brec
2. Jacquelyn Maki

### DEFENDANT(S) WITNESS

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1ST BREAK: 8:56 a.m.  RESUME: 9:05 a.m.  2ND BREAK: 11:31 a.m.  RESUME: 11:45 a.m.
3RD BREAK: 12:31 p.m.  RESUME: 1:30 p.m.  4TH BREAK: 3:50 p.m.  RESUME: 4:05 p.m.
ADJOURNMENT: 5:34 p.m.