# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

**DATE:** 2/14/2023    **DAY:** Tuesday    **START TIME:** 9:03 a.m.    **TOTAL HOURS:** 7' 18"

**JUDGE/MAG.:** James D. Peterson    **CLERK:** acd / jef    **REPORTER:** JD

**PROBATION OFFICER:** ___    **INTERPRETER:** ___    **SWORN:** YES ☐  NO ☐

**CASE NUMBER:** 19-cv-804-jdp    **CASE NAME:** LaBrec, Matthew v. Syed, Salam et al

**APPEARANCES:**

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| Attorney Megan Mirka | Attorney Kevin Grzebielski |
| Attorney Ohioma Ovbiagele | Attorney Kathryn Pfefferle |
| Matthew La Brec | Salam Syed, Trisha Anderson |

**PROCEEDINGS:** Second day of jury trial.  Trial will resume tomorrow at 9:30 a.m.

### PLAINTIFF(S) WITNESS
1. Jacquelyn Maki (continued)
2. Dr. Timothy Havenhill

### DEFENDANT(S) WITNESS
1. Dr. Frank Walter
2. Trisha Anderson
3. Holly Gunderson
4. Salam Syed

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. ___ GRANTED ☐  DENIED ☐  U/A ☐
2. ___ GRANTED ☐  DENIED ☐  U/A ☐
3. ___ GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. Motion for a directed verdict on all claims    GRANTED ☐  DENIED ☐  U/A ☐
2. denied in part, reserved in part    GRANTED ☐  DENIED ☐  U/A ☐
3. ___    GRANTED ☐  DENIED ☐  U/A ☐

**1ST BREAK** 11:10 a.m.    **RESUME** 11:23 a.m.    **2ND BREAK** 12:28 p.m.    **RESUME** 1:32 p.m.

**3RD BREAK** 3:52 p.m.    **RESUME** 4:10 p.m.    **4TH BREAK** 5:34 p.m.    **RESUME** 5:40 p.m.

**ADJOURNMENT** 6:03 p.m.