IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW LABREC,

                Plaintiff,                SPECIAL VERDICT

v.

SALAM SYED and TRISHA ANDERSON,          19-cv-804-jdp

                Defendants.

We, the jury, for our special verdict, do find as follows:

## CLAIMS AGAINST TRISHA ANDERSON

**QUESTION 1.** Did defendant Trisha Anderson violate plaintiff Matthew LaBrec's rights under the Eighth Amendment on September 27, 2016 or October 12, 2016?

    Answer: _____**NO**_____ (Yes or No)

*Answer Question 2.*

**QUESTION 2.** Was defendant Anderson negligent in providing medical care to plaintiff LaBrec on September 27, 2016 or October 12, 2016?

    Answer: _____**NO**_____ (Yes or No)

*If you answered YES to Question 2, answer Question 3. If you answered NO to Question 2, do not answer Question 3, and go on to Question 4.*

**QUESTION 3.** Was defendant Anderson's negligence a cause of injury to plaintiff LaBrec?

    Answer: _____ (Yes or No)

*If you answered YES to Question 1 OR Question 3, answer Question 4. If you answered NO to Question 1 AND Question 3, do not answer Question 4, and go on to Question 6.*

**QUESTION 4.** What amount of money, if any, would fairly and adequately compensate LaBrec for the harm caused by Anderson?

    Answer:    $ _____

*If you answered YES to Question 1, answer Question 5. If you answered NO to Question 1, do not answer Question 5, and go on to Question 6.*

**QUESTION 5.** What amount of money, if any, do you award as punitive damages against Anderson?

    Answer:    $ _____

*Answer Question 6.*

## CLAIMS AGAINST SALAM SYED

**QUESTION 6.** Did defendant Salam Syed violate plaintiff LaBrec's rights under the Eighth Amendment between April 2018 and August 2018?

    Answer:      __**NO**__ (Yes or No)

*Answer Question 7.*

**QUESTION 7.** Was defendant Syed negligent in providing medical care to plaintiff LaBrec between April 2018 and August 2018?

    Answer:      __**NO**__ (Yes or No)

*If you answered YES to Question 7, answer Question 8. If you answered NO to Question 7, do not answer Question 8, and go on to Question 9.*

**QUESTION 8.** Was defendant Syed's negligence a cause of injury to LaBrec?

Answer: _____ (Yes or No)

*If you answered YES to Question 6 OR Question 8, answer Question 9. If you answered NO to Question 6 AND Question 8, STOP and do not answer any more questions.*

**QUESTION 9.** What amount of money, if any, would fairly and adequately compensate LaBrec for the harm caused by Syed?

Answer: $ _____

*If you answered YES to Question 6, answer Question 10. If you answered NO to Question 6, STOP and do not answer any more questions.*

**QUESTION 10.** What amount of money, if any, do you award as punitive damages against Syed?

Answer: $ _____

_____
Presiding Juror

Madison, Wisconsin

Date: **FEB 15, 2023**

3